UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS MOORE, et al.,<br><br>    Defendants. | 1:04-cv-5129 OWW WMW PC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #16) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   August 10, 2007**                 **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE