IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

       Plaintiff,              CV F 04 5129 OWW WMW P

   vs.                          ORDER RE MOTION (DOC 22)

THOMAS MOORE, et al.,

       Defendants.

     On November 16, 2007, an order was entered, granting Plaintiff an extension of time in which to file an amended complaint. On December 17, 2007, Plaintiff filed a document titled as a motion to vacate the order granting an extension of time. Plaintiff indicates that in order to file an amended complaint, he needs a copy of the complaint in case number CV F 03 6500. The court will provide Plaintiff with a copy of the complaint in that action and grant a further extension of time to file an amended complaint.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion to vacate the November 16, 2007, order is granted.

     2. The Clerk's Office is directed to send to Plaintiff a copy of the complaint in case number CV F 03 6500.

     3. Plaintiff is granted an extension of time of thirty days from the date of service of this

order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:    January 11, 2008**              /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE