IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

        Plaintiff,               CV F 04 5129 OWW WMW PC

     vs.                          ORDER RE MOTION (DOC 25)

THOMAS MOORE, et al.,

        Defendants.

       On January 14, 2008, an order was entered, providing Plaintiff with certain documents, and granting Plaintiff an extension of time to file an amended complaint. That order inadvertently was titled with another inmate's name. On January 28, 2008, Plaintiff filed a document titled as an emergency motion requesting the Court to vacate its earlier ruling. The declines to vacate the earlier ruling, but will construe the January 28, 2008, as a motion for extension of time. The Court, by this order, clarifies the discrepancy in the earlier order.

       Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time is granted.

    2. The Clerk's Office is directed to send to Plaintiff a copy of the complaint in case number CV F 03 6500.

    3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   February 19, 2008**                    **/s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE