1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE  HAMILTON,                           1:04-cv-05129-OWW-WMW-(PC)

12            Plaintiff,                           ORDER GRANTING MOTION
                                                   TO EXTEND TIME  IN WHICH TO
13        vs.                                      FILE AN AMENDED COMPLAINT

14    THOMAS MOORE, et al.,                        (DOCUMENT #26)

15            Defendants.                          THIRTY DAY DEADLINE

16    _____/

17            Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18    1983.  On February 19, 2008,  plaintiff  filed a motion to extend time in which to file an

19    amended complaint .  Good cause having been presented to the court and GOOD CAUSE

20    APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21            Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22    an amended complaint.

23

24    IT IS SO ORDERED.

25    **Dated:     March 3, 2008**              _____/s/  William M. Wunderlich_____
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28