IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON, | 1:04-cv-05129-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| THOMAS MOORE, et al, | (DOCUMENT #33 & #34) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2008 and May 22, 2008, plaintiff filed motions to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   May 28, 2008**            /s/  **William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE