IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON, | 1:04-cv-5129 OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING FOURTH MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| THOMAS MOORE, et al., | (DOCUMENT #37) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 3, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   July 11, 2008**            /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE