IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE HAMILTON,

        Plaintiff,         1: 04 CV 5129 OWW WMW PC

  vs.                       ORDER RE MOTION (DOC 43)

THOMAS MOORE, et al.,

        Defendants.

     Plaintiff has filed a motion for an expedited hearing on his motion for extension of time to file an amended complaint. The motion was granted by order of August 21, 2008. Plaintiff's motion is therefore moot. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an expedited hearing is denied as moot.

IT IS SO ORDERED.

**Dated:   September 3, 2008**           /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE

1