# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>   Plaintiff,<br><br>   v.<br><br>AGUIRRE and MARK LOPEZ,<br><br>   Defendants. | CASE NO.   1:04-cv-5129-OWW-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br><br>(ECF No. 69) |

Plaintiff George Hamilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for a Protective Order asking the Court to order "CDCR prison employees and their attorneys" to stop their scheme to deprive him of legal property during this critical stage in his litigation. (ECF No. 69 at 4-5.)  Plaintiff contends that his legal materials, including boxes of documents and a typewriter, were seized when he was wrongfully placed in administrative segregation.

The Court has no jurisdiction to issue an order against individuals or entities that are not parties to this litigation. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 110 (1969).  The only Defendants here are Aguirre and Lopez, who are individual correctional officers.  In the instant action, the Court has no authority over CDCR generally, or its lawyers or employees other than Aguirre and Lopez.  Plaintiff does not allege that Aguirre or Lopez was involved with the decision to place Plaintiff in administrative segregation or with the seizure of his property.  Thus, Plaintiff has failed to show that the

1  only protective order the Court has authority to issue—one involving Defendant Aguirre or
2  Lopez—is warranted.
3      Accordingly, Plaintiff's Motion for a Protective Order is DENIED.

6  IT IS SO ORDERED.
7  Dated:   November 12, 2010              /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE