# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS MOORE, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:04-cv-5129-OWW-MJS (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION<br><br>(ECF No. 81)<br><br>PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS DUE JANUARY 31, 2011<br><br>CLERK TO SERVE COURTESY COPY OF THIS ORDER ON LITIGATION COORDINATOR AT KERN VALLEY STATE PRISON |

Plaintiff George Hamilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's Motion to Reconsider complaining that Plaintiff has still not been provided all of his legal materials currently stored in the prisoner R&R. The Court construes this motion as a request for extension of his deadline to respond to the pending Motion to Dismiss and a request for the Court to intervene to ensure that Plaintiff is given access to his legal materials.

As Plaintiff was previously notified, the Court has jurisdiction only over the Defendants named in his Complaint, i.e. Aguirre and Lopez. The Court cannot, therefore, order any other entity or individual to perform a particular act. Nevertheless, the Court will ask the Litigation Coordinator at Kern Valley State Prison to work with Plaintiff to get his legal documents out of the prison R&R.

1 To allow some time for the documents to be located and reviewed by Plaintiff, the
2 Court will grant <u>one</u> additional time extension to Plaintiff.  Plaintiff's Opposition to
3 Defendants' Motion to Dismiss shall be filed not later than **January 31, 2011**.  Plaintiff is
4 advised that <u>no further extensions</u> will be granted.

5 The Court ORDERS that the Clerk's Office serve a copy of this Order on the
6 Litigation Coordinator at Kern Valley State Prison.  The Court asks the Litigation
7 Coordinator to work with Plaintiff to retrieve his legal materials in a timely manner.

10 IT IS SO ORDERED.
11 Dated:   December 23, 2010          /s/ *Michael J. Seng*
            UNITED STATES MAGISTRATE JUDGE

-2-