# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGUIRRE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:04-cv-5129-OWW-MJS (PC)<br><br>ORDER DENYING MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 87, 88 & 89) |

　　　　Plaintiff George Hamilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 27, 2010, the Court granted Plaintiff an extension of time to file opposition to Defendants' pending Motion to Dismiss so Plaintiff would have time to consult his legal documents stored in the prison's R&R.  (ECF No. 82.)  The Court had a copy of its Order served on the litigation coordinator at Kern Valley State Prison and asked that the litigation coordinator assist Plaintiff in obtaining access to his documents.  A copy of the ordered was mailed to the litigation coordinator on December 28, 2010.

　　　　On January 11, 2011, the Court received an email communication from Will Adams, KVSP's litigation coordinator.  Mr. Adams represented to the Court that Plaintiff had been allowed access to his legal documents on January 7, 2011 and on January 11, 2011.

　　　　Before the Court are three motions filed by Plaintiff: (1) Motion Requesting Hearing on Plaintiff's Motion for Civil and Criminal Contempt (ECF No. 87); (2) Motion for Leave to File Emergency Interlocutory Appeal (ECF No. 88); and (3) Motion for the Court to Clarify

1  Whether the KVSP Litigation Coordinator was Served a copy of the Court's Order (ECF
2  No. 89). All three of these Motions seek access to his legal documents and were signed
3  by Plaintiff before January 7, 2011.
4      Because it appears that Plaintiff has now been afforded access to his documents,
5  all three Motions are DENIED as moot.

8  IT IS SO ORDERED.
9  Dated:   January 14, 2011          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE